AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

DEC 21 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
**Maurilio Manuel-Antonio**

## CRIMINAL COMPLAINT

Case Number: **M-19-3124-M**

**IAE**   YOB: **1989**
**Mexico**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 19, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Maurilio Manuel-Antonio was encountered by Border Patrol Agents near Mission, Texas on December 19, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 19, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on June 3, 2015 through El Paso, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 2, 2015 the defendant was convicted of 8 USC 1326 Reentry of a Removed Alien and sentenced to time served.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on December 21, 2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

/S/ Mickel Gonzalez
Signature of Complainant

**Mickel Gonzalez**
Printed Name of Complainant

**December 21, 2019**   12:02 p.m.
Date

**Peter E Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

*Peter E Ormsby*
Signature of Judicial Officer